BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         pdavis@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>             Plaintiffs,<br><br>    v.<br><br>LONE STAR LANDSCAPE, INC., A California Corporation,<br><br>             Defendant. | No. C 11-04789 MEJ<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
Case No. C 11-04789 MEJ

1  The Parties, by and through the undersigned counsel, hereby notify the court that they
2  have reached an agreed upon settlement of the above-captioned matter.  Pursuant to the written
3  settlement agreement, the Parties stipulate and agree to a voluntarily dismiss the above-captioned
4  action without prejudice.  Further, pursuant to the terms of the settlement agreement, the parties
5  respectfully request that the Court maintain jurisdiction over this case for fifteen (15) months
6  from March 5, 2012 to interpret and enforce the settlement agreement.

Dated:  April 27, 2012                                WEINBERG, ROGER & ROSENFELD
                                                     A Professional Corporation


                                                     */s/ Ezekiel D. Carder*
                                          By:        EZEKIEL D. CARDER
                                                     Attorneys for Plaintiffs


Dated:  April 11, 2012                                SIMPSON, GARRITY, INNES & JACUZZI
                                                     A Professional Corporation


                                                     */s/ Paul V. Simpson*
                                          By:        PAUL V. SIMPSON
                                                     MARINA C. GRUBER
                                                     Attorneys for Defendant

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
Case No. C 11-04789 MEJ

## [~~PROPOSED~~] ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case.  IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Stipulation without prejudice.  The Court shall maintain jurisdiction over this case until June 4, 2013.  ~~In addition, the Court order~~s:

Dated: __April 30, 2012__          _____
                                    HONORABLE MARIA ELENA JAMES
                                    UNITED STATES MAGISTRATE JUDGE

126242/661635

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
Case No. C 11-04789 MEJ