BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
EZEKIEL D. CARDER, Bar No. 206537
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
            pdavis@unioncounsel.net
            ecarder@unioncounsel.net
            dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                                Plaintiffs,<br><br>     v.<br><br>LONE STAR LANDSCAPE, INC., A California Corporation,<br><br>                                Defendant. | No. C 11-04789 MEJ<br><br>**REQUEST FOR COURT TO MAINTAIN JURISDICTION; [PROPOSED] ORDER** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

REQUEST FOR COURT TO MAINTAIN JURISDICTION; [PROPOSED] ORDER
Case No. C 11-04789 MEJ

Pursuant to the Parties' Stipulation, this Court dismissed this action without prejudice as of April 30, 2012, and maintained jurisdiction until June 4, 2013.  Plaintiffs have recently learned that Defendant has defaulted on its obligations under the settlement agreement.  Plaintiffs have provided notice of this default according to the procedures set forth in the settlement agreement but Defendant has not yet resolved this default, and the terms of the agreement allow time to cure default which will extend past June 4, 2013.

Accordingly, Plaintiffs hereby request that this Court maintain jurisdiction over this case for an additional 45 days, until July 19, 2013, so that they may attempt to cure the default, or to enforce the agreement.

Dated:  June 4, 2013						WEINBERG, ROGER & ROSENFELD
								A Professional Corporation


							        */s/ Daniel S. Brome*
							By:	DANIEL S. BROME
								Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
REQUEST FOR COURT TO MAINTAIN JURISDICTION; [PROPOSED] ORDER
Case No. C 11-04789 MEJ

1  **[PROPOSED] ORDER**

2  The parties have resolved this matter and requested that this Court maintain jurisdiction
3  over the case. Plaintiffs have subsequently requested that the Court maintain its jurisdiction until
4  July 5, 2013.

5  IT IS HEREBY ORDERED that this Court shall maintain jurisdiction over this case until
6  July 5, 2013. In addition, the Court orders: that this Court shall maintain
7  jurisdiction for an additional 45 days, until July 19, 2013, so
   the parties may attempt to cure the default, or enforce the
   settlement agreement.  If the the default is cured prior to July
8  19, 2013, the parties shall immediately notify the Court.

9  Dated:  __June 4, 2013__    _____
                                HONORABLE MARIA-ELENA JAMES
10                              UNITED STATES MAGISTRATE JUDGE

13  126242/661635



**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

REQUEST FOR COURT TO MAINTAIN JURISDICTION; [PROPOSED] ORDER
Case No. C 11-04789 MEJ